No. 24-1125                                September Term, 2023

EPA-89FR17622

Filed On: June 28, 2024

State of Oklahoma, et al.,

       Petitioners

       v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

       Respondents

------------------------------

Air Alliance Houston, et al.,
       Intervenors

------------------------------

Consolidated with 24-1127

# O R D E R

It appearing that these consolidated cases present potential problems of duplicative briefing, it is

**ORDERED**, on the court's own motion, that the parties submit by July 29, 2024, proposed formats for the briefing of these cases. The parties are strongly urged to submit a joint proposal and are reminded that the court looks with extreme disfavor on repetitious submissions and will, where appropriate, require a joint brief of aligned parties with total words not to exceed the standard allotment for a single brief. Whether the parties are aligned or have disparate interests, they must provide *detailed* justifications for any request to file separate briefs or to exceed in the aggregate the standard word allotment. Requests to exceed the standard word allotment must specify the word allotment necessary for each issue.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
           Lynda M. Flippin
           Deputy Clerk