# U.S. COURT OF APPEALS FOR THE
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| State of Oklahoma, *et al*,<br><br>    Petitioners,<br><br>        v.<br><br>Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,<br><br>    Respondents. | No. 24-1125<br>(consolidated with No. 24-1127) |

## Joint Proposed Briefing Schedule and Format

As ordered by the Court on June 28, 2024, the parties jointly propose a schedule and format for briefing in this case.

Petitioners challenge a final action of the United States Environmental Protection Agency ("EPA"), entitled *Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act; Safer Communities by Chemical Accident Prevention*, published at 89 Fed. Reg. 17,622 (March 11, 2024). The Court has consolidated 2 petitions for review challenging that action. Petitioners in Case No. 24-1125 are 13 states and 1 state legislature. Petitioners in Case No. 24-1127 are 6 industry organizations. Respondents are the EPA and Michael S. Regan,

its Administrator. Intervenors are 17 states and the District of Columbia, 1 county, and 11 non-governmental organizations.

By separate motion, Petitioners and Respondents have jointly requested that this Court hold these consolidated cases in abeyance for 120 days to allow EPA time to potentially act on the industry-organization petitioners' reconsideration petition, which was filed on May 10, 2024. If EPA acts on the reconsideration petition, the parties will meet and confer regarding the proposed schedule and briefing format and notify the Court if any change to the proposed schedule is necessary. The proposed briefing schedule is as follows:

| Filing | Date due | Words |
| --- | --- | --- |
| Petitioners' opening briefs | February 14, 2025 | 21,000 words, shared between up to 2 briefs |
| Respondents' answering brief | May 5, 2025 | 21,000 words |
| Respondent-Intervenors' briefs | June 4, 2025 | 14,700 words, shared between up to 2 briefs |
| Petitioners' replies | July 14, 2025 | 10,000 words, shared between up to 2 briefs |

The proposed briefing intervals reflect the requested 120-day abeyance, such that petitioners' time to begin drafting their opening briefs will not begin to run until the abeyance ends on November 26. The proposal also reflects a number of other factors that the parties accounted for in this complex, multi-party case, including: time needed for some parties to coordinate with each other to avoid duplicative briefing, time needed for Respondents to obtain the necessary management

approvals at the U.S. Department of Justice and EPA, federal holidays, and counsel's other work commitments.

**Petitioners' rationale for separate briefs and word allocations**

The private petitioners and the State petitioners need to file separate briefs because they have separate interests. Of particular relevance, the State petitioners have sovereign interests that the private petitioners do not, and the private petitioners have industry concerns that the States do not directly share. This may be relevant to standing, and it bears directly on some of the parties' merits arguments. The proposed word count will permit both groups to adequately represent their separate interests.

**Respondents' rationale for briefing schedule**

The proposals above concerning Respondents' answering brief are generally consistent with briefing schedules established in similar complex, multi-party challenges addressing EPA actions in this Court. As in those cases, Respondents seek a word count equivalent to the anticipated word count of opening briefs from all Petitioners—here, 21,000 words total—which ensures equity between the parties and will allow Respondents to fully address the arguments raised by the challengers.

**Respondent-Intervenors' rationale for separate briefs and word allocations**

State and Local Government Respondent-Intervenors are 17 States, the District of Columbia, and Harris County, Texas. State and Local Government

Respondent-Intervenors need to file a separate brief because they have longstanding, legally protected interests in reducing and mitigating chemical accidents that harm their residents' health, contaminate their natural environment, and damage their economics. *See Air All. Houston v. EPA*, 906 F.3d 1049, 1059-60 (D.C. Cir. 2018) (citing Washington state's incurring of response costs from responding to a refinery accident and concluding that "State Petitioners have demonstrated their independent proprietary interests in avoiding chemical releases in their territory sufficient to support standing"); *see Massachusetts v. EPA*, 549 U.S. 497, 521-23 (2007) (recognizing states' interests in protecting their territory and residents from harmful pollution). Only State and Local Respondent-Intervenors can adequately defend their interests. This Court ordinarily does not compel governmental intervenors to file joint briefs with other intervenors, D.C. Cir. R. 28(d)(4), and there is no reason to depart from that sound practice here.

Regarding word count, Respondent-Intervenors concur with the proposal that affords them 70% of the words allotted to the Petitioners and Respondents, consistent with the ratio set forth in this Court's rules. *Compare* Fed. R. App. P. 32(a)(7)(B)(i) with D.C. Cir. R. 32(e)(2)(b) (70% ratio).

\* \* \*

For these reasons, the parties ask the Court to enter their proposed briefing format and schedule as set forth above.

| | |
|---|---|
| Submitted: July 29, 2024 | Respectfully submitted, |

/s/ *Justin A. Savage*
Justin A. Savage
Kwaku A. Akowuah
Manuel Valle
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8853
jsavage@sidley.com

*Counsel for Petitioners National Association of Chemical Distributors, d/b/a Alliance for Chemical Distribution, American Chemistry Council, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, Chamber of Commerce of the United States of America, and Society of Chemical Manufacturers & Affiliates*


TODD KIM
Assistant Attorney General
Environment & Natural Resources
   Division

 /s/ *Andrew S. Coghlan*
ANDREW S. COGHLAN
SARAH IZFAR
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 202-514-9275
(202) 305-0490
Andrew.Coghlan@usdoj.gov
Sarah.izfar@usdoj.gov

*Counsel for Respondents EPA and  
Michael S. Regan, EPA Administrator*

| | |
|---|---|
| GENTNER DRUMMOND<br>  ATTORNEY GENERAL<br><br>/s/ *Garry M. Gaskins, II*<br>Garry M. Gaskins, II<br> *Solicitor General*<br>Jennifer L. Lewis<br> *Deputy Attorney General*<br>Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br>jennifer.lewis@oag.ok.gov<br><br>*Counsel for State of Oklahoma* | STEVE MARSHALL<br>  ATTORNEY GENERAL<br><br>/s/ *Edmund G. LaCour, Jr.*<br>Edmond G. LaCour, Jr.<br> *Solicitor General*<br>Office of the Attorney General of Alabama<br>P.O. Box 300152<br>501 Washington Ave.<br>Montgomery, AL 36130<br>(334) 242-7300<br>edmund.lacour@AlabamaAG.gov<br><br>*Counsel for State of Alabama* |
| TIM GRIFFIN<br>  ATTORNEY GENERAL<br><br>/s/ *Nicholas J. Bronni*<br>Nicholas J. Bronni<br> *Solicitor General*<br>Office of Attorney General Tim Griffin<br>323 Center Street, Suite 200<br>Little Rock, Arkansas 72201<br>(501) 682-2007<br>Nicholas.Bronni@ArkansasAG.gov<br><br>*Counsel for State of Arkansas* | CHRISTOPHER M. CARR<br>  ATTORNEY GENERAL<br><br>/s/ *Stephen J. Petrany*<br>Stephen J. Petrany<br> *Solicitor General*<br>Office of the Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for State of Georgia* |

RUSSELL COLEMAN
  ATTORNEY GENERAL

/s/ *Matthew F. Kuhn*
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Assistant Solicitor General*
Office of Kentucky Attorney General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov
Jacob.Abrahamson@ky.gov

*Counsel for the Commonwealth of Kentucky*

LYNN FITCH
  ATTORNEY GENERAL

/s/ *Anthony Shults*
Anthony Shults
  *Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
Anthony.Shults@ago.ms.gov

*Counsel for State of Mississippi*

KRIS KOBACH
  ATTORNEY GENERAL

/s/ *Anthony J. Powell*
Anthony J. Powell
  *Solicitor General*
Kansas Attorney General's Office
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Tel: (785) 368-8539
anthony.powell@ag.ks.gov

*Counsel for State of Kansas*

ANDREW BAILEY
  ATTORNEY GENERAL

/s/ *Joshua M. Divine*
Joshua M. Divine
  *Solicitor General*
Samuel C. Freedlund
  *Deputy Solicitor General*
Missouri Attorney General's Office
207 West High St.
Jefferson City, MO 65101
(573) 751-8870
Josh.Divine@ago.mo.gov
Samuel.Freedlund@ago.mo.gov

*Counsel for State of Missouri*

| | |
|---|---|
| AUSTIN KNUDSEN<br>  ATTORNEY GENERAL<br><br>/s/ *Christian B. Corrigan*<br>Christian B. Corrigan<br>  *Solicitor General*<br>Peter M. Torstensen, Jr.<br>  *Deputy Solicitor General*<br>Montana Department of Justice<br>215 N. Sanders<br>Helena, MT 59601<br>Christian.Corrigan@mt.gov<br>Peter.Torstensen@mt.gov<br><br>*Counsel for State of Montana* | MICHAEL T. HILGERS<br>  ATTORNEY GENERAL<br><br>/s/ *Grant D. Strobl*<br>Grant D. Strobl<br>  *Assistant Solicitor General*<br>Office of the Attorney General of Nebraska<br>2115 State Capitol<br>Lincoln, NE 68509<br>(402) 471-2683<br>Grant.Strobl@nebraska.gov<br><br>*Counsel for State of Nebraska* |

| | |
|---|---|
| ALAN WILSON<br>  ATTORNEY GENERAL<br><br>Robert D. Cook<br>  *Solicitor General*<br>J. Emory Smith, Jr.<br>  *Deputy Solicitor General*<br>Thomas T. Hydrick<br>  *Assistant Deputy Solicitor General*<br><br>/s/ *Joseph D. Spate*<br>Joseph D. Spate<br>  *Assistant Deputy Solicitor General*<br>Office of the South Carolina Attorney General<br>1000 Assembly Street<br>Columbia, SC 29211<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for State of South Carolina* | KEN PAXTON<br>  ATTORNEY GENERAL<br><br>Brent Webster<br>  *First Assistant Attorney General*<br>James Lloyd<br>  *Deputy Attorney General for Civil Litigation*<br>Kellie E. Billings-Ray<br>  *Chief, Environmental Protection Division*<br><br>/s/ *Wesley S. Williams*<br>Wesley S. Williams<br>  *Assistant Attorney General*<br>D.C. Bar No. 63716<br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>(512) 463-2012<br>Wesley.Williams@oag.texas.gov<br><br>*Counsel for State of Texas* |
| SEAN REYES<br>  ATTORNEY GENERAL<br><br>/s/ *Stanford Purser*<br>Stanford Purser<br>  *Solicitor General*<br>Office of the Utah Attorney General<br>160 East 300 South, Fifth floor<br>Salt Lake City, UT 84111<br>(385) 366-4334<br>Spurser@agutah.gov<br><br>*Counsel for State of Utah* | |

ARIZONA LEGISLATURE

| | |
|---|---|
| WARREN PETERSEN<br>PRESIDENT OF THE ARIZONA<br>STATE SENATE | BEN TOMA<br>SPEAKER OF THE ARIZONA<br>HOUSE OF REPRESENTATIVES |
| By counsel: | By counsel: |
| */s/ Brunn (Beau) W. Roysden III*<br>Brunn (Beau) W. Roysden III<br>(DC Cir. Bar No. 64493)<br>FUSION LAW, PLLC<br>7600 N. 15th St., Suite 150<br>Phoenix, Arizona 85020<br>beau@fusion.law<br>(602) 315-7545 | */s/ Brunn (Beau) W. Roysden III*<br>Brunn (Beau) W. Roysden III<br>(DC Cir. Bar No. 64493)<br>FUSION LAW, PLLC<br>7600 N. 15th St., Suite 150<br>Phoenix, Arizona 85020<br>beau@fusion.law<br>(602) 315-7545 |
| *Counsel for President of the Arizona State Senate Warren Petersen* | *Counsel for Speaker of the Arizona House of Representatives Ben Toma* |

FOR THE STATE OF NEW YORK

LETITIA JAMES
Attorney General

By: /s/ Sarah Kam
_____
BARBARA D. UNDERWOOD
Solicitor General
JEFFREY LANG
Senior Assistant Solicitor General
MICHAEL J. MYERS
Senior Counsel
SARAH KAM
LAURA MIRMAN-HESLIN
Assistant Attorneys General
Environmental Protection Bureau
The Capitol
Albany, NY 12224
(518) 776-2382
Sarah.Kam@ag.ny.gov

| FOR THE STATE OF CONNECTICUT | FOR THE STATE OF DELAWARE |
|---|---|
| WILLIAM TONG<br>Attorney General | KATHLEEN JENNINGS<br>Attorney General |
| */s/ Jill Lacedonia*<br>By: _____<br>MATTHEW I. LEVINE<br>Deputy Associate Attorney General<br>JILL LACEDONIA<br>Assistant Attorney General<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, Connecticut 06106<br>(860) 808-5250<br>jill.lacedonia@ct.gov | */s/ Vanessa L. Kassab*<br>By: _____<br>CHRISTIAN DOUGLAS WRIGHT<br>Director of Impact Litigation<br>RALPH K. DURSTEIN III<br>VANESSA L. KASSAB<br>Deputy Attorneys General<br>Delaware Department of Justice<br>820 N. French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>vanessa.kassab@delaware.gov |
| FOR THE STATE OF HAWAI'I | FOR THE STATE OF ILLINOIS |
| ANNE E. LOPEZ<br>Attorney General | KWAME RAOUL<br>Attorney General |
| */s/ Lyle T. Leonard*<br>By: _____<br>LYLE T. LEONARD<br>Deputy Attorney General<br>465 S. King Street, #200<br>Honolulu, HI 96813<br>(808) 587-3050<br>lyle.t.leonard@hawaii.gov | */s/ Jason E. James*<br>By: _____<br>JASON E. JAMES<br>Assistant Attorney General<br>MATTHEW J. DUNN<br>Chief, Environmental Enforcement/ Asbestos Litigation Division<br>Office of the Attorney General<br>201 W. Pointe Drive, Suite 7<br>Belleville, IL 62226<br>(872) 276-3583<br>jason.james@ilag.gov |

| FOR THE STATE OF MAINE | FOR THE STATE OF MARYLAND |
|---|---|
| AARON M. FREY<br>Attorney General | ANTHONY G. BROWN<br>Attorney General |
| */s/ Emma Akrawi*<br>By: _____<br>EMMA AKRAWI<br>Assistant Attorney General<br>Natural Resources Division<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>Emma.Akrawi@maine.gov | */s/ Steven J. Goldstein*<br>By: _____<br>STEVEN J. GOLDSTEIN<br>Special Assistant Attorney General<br>Office of the Attorney General of Maryland<br>200 Saint Paul Place<br>Baltimore, MD 21202<br>(410) 576-6414<br>sgoldstein@oag.state.md.us |

| FOR THE COMMONWEALTH OF MASSACHUSETTS | FOR THE PEOPLE OF THE STATE OF MICHIGAN |
|---|---|
| ANDREA CAMPBELL<br>Attorney General | DANA NESSEL<br>Attorney General |
| By: */s/ Turner Smith*<br>_____<br>TURNER SMITH<br>Assistant Attorney General & Deputy Bureau Chief<br>EMILY FIELD<br>MICHELE HUNTON<br>Assistant Attorneys General<br>Environment and Energy Bureau<br>Office of the Attorney General<br>One Ashburton Place, 18th Floor<br>Boston, MA 02108<br>(617) 727-2200<br>Emily.Field@mass.gov<br>Turner.Smith@mass.gov | By: */s/ Elizabeth Morrisseau*<br>_____<br>ELIZABETH MORRISSEAU<br>Assistant Attorney General<br>Environment, Natural Resources, and Agriculture Division<br>6th Floor G. Mennen Williams Building<br>525 W. Ottawa Street<br>P.O. Box 30755<br>Lansing, MI 48909<br>(517) 335-7664<br>MorrisseauE@michigan.gov |

| FOR THE STATE OF MINNESOTA | FOR THE STATE OF NEW JERSEY |
|---|---|
| KEITH ELLISON<br>Attorney General | MATTHEW J. PLATKIN<br>Attorney General |
| By: */s/ Peter N. Surdo*<br>_____<br>PETER N. SURDO<br>Special Assistant Attorney General<br>Minnesota Attorney General's Office<br>445 Minnesota Street<br>Town Square Tower Suite 1400<br>Saint Paul, Minnesota 55101<br>651.757.1061<br>Peter.Surdo@ag.state.mn.us | By: */s/ Lisa J. Morelli*<br>_____<br>LISA J. MORELLI<br>Deputy Attorney General<br>New Jersey Division of Law<br>25 Market Street<br>Trenton, NY 08625<br>(609) 376-2740<br>Lisa.Morelli@law.njoag.gov |
| FOR THE STATE OF OREGON | FOR THE COMMONWEALTH OF PENNSYLVANIA |
| ELLEN F. ROSENBLUM<br>Attorney General | MICHELLE A. HENRY<br>Attorney General |
| By: */s/ Paul Garrahan*<br>_____<br>PAUL GARRAHAN<br>Attorney-in-Charge<br>STEVE NOVICK<br>Special Assistant Attorney General<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street NE<br>Salem, OR 97301-4096<br>(503) 947-4540<br>Paul.Garrahan@doj.oregon.gov<br>Steve.Novick@doj.oregon.gov | By: */s/ Ann R. Johnston*<br>_____<br>ANN R. JOHNSTON<br>Assistant Chief Deputy Attorney General<br>Civil Environmental Enforcement Unit<br>Office of Attorney General<br>Strawberry Square<br>14th Floor<br>Harrisburg, PA 17120<br>(717) 497-3678<br>ajohnston@attorneygeneral.gov |

| FOR THE STATE OF RHODE ISLAND | FOR THE STATE OF VERMONT |
|---|---|
| PETER F. NERONHA<br>Attorney General of Rhode Island | CHARITY R. CLARK<br>Attorney General |
| By: */s/ Alison Hoffman Carney*<br>_____<br>ALISON HOFFMAN CARNEY<br>Assistant Attorney General<br>Chief, Environment and Energy Unit<br>Rhode Island Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400 ext 2116<br>acarney@riag.ri.gov | By: */s/ Melanie Kehne*<br>_____<br>MELANIE KEHNE<br>Assistant Attorney General<br>Office of the Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001<br>(802) 752-9138<br>melanie.kehne@vermont.gov |
| FOR THE STATE OF WASHINGTON | FOR THE STATE OF WISCONSIN |
| BOB FERGUSON<br>Attorney General | JOSHUA L. KAUL<br>Attorney General |
| By: */s/ Sarah Reyneveld*<br>_____<br>SARAH REYNEVELD<br>Managing Assistant Attorney General<br>Environmental Protection Division<br>Washington State Attorney General's Office<br>800 5th Ave Suite 2000, TB-14<br>Seattle, WA 98104-3188<br>(206) 389-2126<br>sarah.reyneveld@atg.wa.gov | By: */s/ Bradley Motl*<br>_____<br>BRADLEY MOTL<br>Assistant Attorney General<br>17 W. Main Street<br>Madison, WI 53703<br>(608) 267-0505<br>motlbj@doj.state.wi.us |

| FOR THE DISTRICT OF COLUMBIA | FOR HARRIS COUNTY, TEXAS |
|---|---|
| BRIAN L. SCHWALB<br>Attorney General | CHRISTIAN D. MENEFEE<br>Harris County Attorney |
| */s/ Caroline S. Van Zile*<br>By: _____<br>CAROLINE S. VAN ZILE<br>Solicitor General<br>Office of the Attorney General for the District of Columbia<br>400 6th Street, NW, Suite 8100<br>Washington, D.C. 20001<br>(202) 724-6609<br>caroline.vanzile@dc.gov | */s/ Sarah Jane Utley*<br>By: _____<br>SARAH J. UTLEY<br>Division Director, Environmental<br>Harris County Attorney's Office<br>1019 Congress, 15th Floor<br>Houston, Texas 77002<br>(713) 274-5124<br>(832) 596-9786<br>sarah.utley@harriscountytx.gov |

/s/ Adam Kron
Adam Kron
Kathleen Riley
Earthjustice
1001 G Street, NW Suite 1000
Washington, DC 20001
akron@earthjustice.org
kriley@earthjustice.org
(202) 794-8039
(202) 745-5227

*Counsel for Intervenors Air Alliance Houston, California Communities Against Toxics, Coalition for a Safe Environment, Center for Environmental Health, Environmental Justice Health Alliance for Chemical Policy Reform, Texas Environmental Justice Advocacy Services, New Jersey Work Environment Council, Sierra Club, Union of Concerned Scientists, and Utah Physicians for Healthy Environment*


/s/ Andrew D. Roth
Bredhoff & Kaiser, PLLC
805 15th St., NW, Suite 1000
Washington, DC 20005
(202) 842-2600
aroth@bredhoff.com

*Counsel for Respondent-Intervenor USW*

## Certificates of Compliance and Service

I certify that this filing complies with Fed. R. App. P. 27(d)(1)(E) because it uses 14-point Times New Roman, a proportionally spaced font.

I also certify that this filing complies with Fed. R. App. P. 27(d)(2)(A), because by Microsoft Word's count, it has 740 words, excluding the parts exempted under Fed. R. App. P. 32(f).

Finally, I certify that on July 29, 2024, I filed the foregoing with the Court's CM/ECF system, which will notify each party.

Dated: July 29, 2024

Respectfully submitted,

/s/ *Justin A. Savage*
Justin A. Savage
Kwaku A. Akowuah
Manuel Valle
SIDLEY AUSTIN LLP
1501 K Street, NW
Washington, DC 20005
(202) 736-8853
jsavage@sidley.com

*Counsel for Petitioners National Association of Chemical Distributors, d/b/a Alliance for Chemical Distribution, American Chemistry Council, American Fuel & Petrochemical Manufacturers, American Petroleum Institute, Chamber of Commerce of the United States of America, and Society of Chemical Manufacturers & Affiliates*