No. 24-1125                      September Term, 2024

EPA-89FR17622

Filed On: December 18, 2024 [2090201]

State of Oklahoma, et al.,

       Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

       Respondents

------------------------------

Air Alliance Houston, et al.,
                Intervenors

------------------------------

Consolidated with 24-1127

# O R D E R

Upon consideration of the joint motion to continue abeyance for 90 days, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The parties are directed to file motions to govern future proceedings by March 6, 2025.

                                          **FOR THE COURT:**
                                          Mark J. Langer, Clerk

                              BY:    /s/
                                          Catherine J. Lavender
                                          Deputy Clerk