# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1125** | **September Term, 2024** |
| | EPA-89FR17622 |
| | **Filed On: March 11, 2025** [2105114] |

State of Oklahoma, et al.,

       Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

       Respondents

------------------------------

Air Alliance Houston, et al.,
       Intervenors

------------------------------

Consolidated with 24-1127

# O R D E R

Upon consideration of the unopposed motion to hold cases in abeyance, it is

**ORDERED** that these consolidated cases remain in abeyance pending further order of the court. The Environmental Protection Agency is directed to file status reports at 90-day intervals beginning June 9, 2025. The parties are directed to file motions to govern future proceedings within 30 days of the completion of the agency rulemaking proceeding.

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                     BY:    /s/
                              Catherine J. Lavender
                              Deputy Clerk