**ORAL ARGUMENT NOT YET SCHEDULED**

**IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT**

STATE OF OKLAHOMA, *et al.*,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents*.

Case No. 24-1125
(consolidated with No. 24-1127, 25-1075)

**EPA'S STATUS REPORT**

In accordance with this Court's March 11, 2025, Order, ECF No. 2105114, Respondents United States Environmental Protection Agency and Administrator Lee Zeldin (collectively "EPA") provide this status report to the Court.

Petitioners challenge an EPA action titled, "Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act; Safer Communities by Chemical Accident Prevention," published at 89 Fed. Reg. 17,622 (March 11, 2024) ("Final Rule"). The Final Rule was issued under the Clean Air Act's Risk Management Program ("RMP") provision, which is designed to prevent and reduce the risk of accidental releases of hazardous chemicals. *See* 42 U.S.C. § 7412(r)(7). EPA has previously announced that it intends to initiate a new rulemaking to address the RMP requirements under the Clean Air Act, which would

include public notice and comment with respect to a proposed action. *See* EPA Mot. to Hold Cases in Abeyance, ECF No. 2104221. EPA continues in its efforts and has published a proposed rule entitled "Accidental Release Prevention Requirements: Risk Management Programs Under the Clean Air Act; Common Sense Approach to Chemical Accident Prevention." *See* 91 Fed. Reg. 8970 (Feb. 24, 2026). The comment period closed on May 11, 2026, and EPA is working toward issuing a final rule. *See* 91 Fed. Reg. 16621 (Apr. 2, 2026) (extending the comment period at commenters' requests). EPA will submit another status report on December 7, 2026.

Respectfully submitted,

DATED: September 8, 2026

ADAM R.F. GUSTAFSON
*Principal Deputy Assistant Attorney General*

*s/ Kristen Sarna*
KRISTEN SARNA
U.S. Department of Justice
Energy and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 532-3315
Kristen.Sarna@usdoj.gov

*Counsel for Respondents EPA and Lee Zeldin, EPA Administrator*

## CERTIFICATE SERVICE

On September 8, 2026, I filed the foregoing with the Court's CMS/ECF system, which will notify each party.

Respectfully submitted,

*s/ Kristen Sarna*
KRISTEN SARNA
*Counsel for Respondents*